# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **MASTERS PHARMACEUTICAL, INC.,** | ) | **CASE NO. 1:14-cv-551** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE MICHAEL R. BARRETT** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DEVOS, LTD. D/B/A GUARANTEED RETURNS,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT PROPOSED AMENDED SCHEDULING ORDER

Plaintiff Masters Pharmaceutical, Inc. ("Masters"), and Defendant Devos, Ltd. ("Devos")

jointly and respectfully request an Order amending the Court's Scheduling Order.  The Parties

have met and conferred on this topic, and jointly propose the schedule attached as a Proposed

Order.

<table>
<tr><td>

*/s/ Richard T. Lauer (per email consent)*
Richard T. Lauer (0063467)
8695 Seward Road
Fairfield, Ohio 45011
(513) 619-8038
rlauer@masteresrx.com

***Attorney for Plaintiff Masters Pharmaceutical, Inc.***

</td><td>

*/s/ Joshua A. Klarfeld*
Paul J. Cosgrove (0073160)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
(513) 698-5034/(513) 698-5035 fax
pcosgrove@ulmer.com

Joshua A. Klarfeld (0079833)
ULMER & BERNE LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113
(216) 583-7000/(216) 583-7001 fax
jklarfeld@ulmer.com

Alyson Terrell (0082271)
ULMER & BERNE LLP
65 East State Street, Suite 1100
Columbus, Ohio  43215-3581
(614) 229-0000/(614) 229-0001 fax
aterrell@ulmer.com

***Attorneys for Defendant Devos, Ltd.,***

</td></tr>
</table>

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **MASTERS PHARMACEUTICAL, INC.,** | ) | **CASE NO. 1:14-cv-551** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE MICHAEL R. BARRETT** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DEVOS, LTD. D/B/A GUARANTEED** | ) | |
| **RETURNS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## AMENDED SCHEDULING ORDER

This Matter is before the Court on the Parties' Joint Proposed Amended Scheduling Order.  Having considered the Parties' request, the Court issues the following amended schedule and deadlines:

| EVENT | DEADLINE |
|---|---|
| Disclosure of Non-Expert Fact Witnesses | February 15, 2016 |
| Completion of Fact Discovery | June 1, 2016 |
| Expert Disclosures Pursuant to Federal Rule of Civil Procedure 26 | Plaintiff – June 1, 2016<br><br>Defendant – July 1, 2016<br><br>Rebuttal Expert(s) – July 15, 2016 |
| Dispositive Motion Cut-off (Filed By) | September 1, 2016 (oppositions and replies per local rule) |
| Final Pretrial Conference | At the Court's Convenience Before Trial |
| Proposed Findings of Fact and Conclusions of Law; Motions in Limine and Other Pre-Trial Motions | 10 days prior to trial |
| Trial | At the Court's Convenience in December of 2016 |

/s/
Hon. Michael R. Barrett
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2015, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


*/s/ Joshua A. Klarfeld*
One of the Attorneys for Defendant